THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>BRIAN LUCAS,<br><br>          Defendant. | **CASE NO. CR07-0269-JCC**<br><br>**AGREED ORDER EXTENDING REPORTING DATE FOR DEFENDANT BRIAN LUCAS TO REPORT TO SERVE SENTENCE** |

This matter having come before the parties as an Agreed Order to extend the date for the defendant, Mr. Brian Lucas, to report for custody to commence serving his three-month sentence (Dkt. No. 71), and it appearing that he has legitimate business needs for an extension, and the government having no objection, NOW, THEREFORE, it hereby ORDERED that the date for defendant, Brian Lucas, to report to commence serving his sentence is hereby extended to March 1, 2009. The Court also recommends Mr. Brian Lucas serve his time at Terminal Island, Long Beach, California.

Dated this 9th day of December, 2008.

_/s/ John C. Coughenour_
The Honorable John C. Coughenour
United States District Court Judge

AGREED ORDER EXTENDING REPORTING DATE FOR DEFENDANT, BRIAN LUCAS, TO REPORT TO SERVE SENTENCE - 1

THE PECK LAW FIRM, PLLC
1423 WESTERN AVENUE
SEATTLE, WASHINGTON 98101-2021
(206) 382-2900
FAX: (206) 382-2128

Presented by:

s/Kevin A. Peck
Kevin A. Peck, WSBA #12995
Attorney for Defendant, Mr. Brian Lucas


Copy received; Notice of Presentation Waived:
Agreed for Entry:


*Via email approval 12/4/08*
/s/ Todd Greenberg
Mr. Todd Greenberg
Assistant United States Attorney
OFFICE OF THE US ATTORNEY

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 4th, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all parties.

                                              s/ Beverley Thomas
                                              Assistant to Kevin A. Peck, WSBA #12995
                                              Attorney for Defendant, Mr. Brian Lucas
                                              The Peck Law Firm, PLLC
                                              1423 Western Avenue
                                              Seattle, WA  98101-2021
                                              Telephone:  (206) 382-2900
                                              Fax:  (206) 382-2128
                                              E-mail:  kpeck@thepecklawfirm.com

AGREED ORDER EXTENDING REPORTING DATE FOR DEFENDANT, BRIAN LUCAS, TO REPORT TO SERVE SENTENCE - 2

THE PECK LAW FIRM, PLLC
1423 WESTERN AVENUE
SEATTLE, WASHINGTON 98101-2021
(206) 382-2900
FAX: (206) 382-2128